UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO HENRIQUE VIEIRA PEREIRA, | No.  1:26-cv-00040-DAD-AC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING SECOND AMENDED PETITION FOR WRIT OF *HABEAS CORPUS*, AND DENYING MOTION TO DISMISS AS MOOT |
| WARDEN OF THE MESA VERDE DETENTION FACILITY et al., | |
| Respondents. | (Doc. Nos. 9, 16, 20) |

Petitioner Pedro Henrique Vieira Pereira is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's second amended petition for writ of *habeas corpus* (Doc. No. 16) be granted.  (Doc. No. 20.)  Specifically, the assigned magistrate judge found that the circumstances surrounding petitioner's re-detention violated his Fifth Amendment right to due process.  (*Id.* at 3.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.

1

(*Id.* at 4.)  On June 18, 2026, respondents filed objections to the pending findings and recommendations which comprise a single sentence stating that respondents object for the reasons stated in their prior briefing.  (Doc. No. 21 at 1.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations (Doc. No. 20) are ADOPTED IN FULL;

2. Petitioner's second amended petition for writ of *habeas corpus* (Doc. No. 16) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Pedro Henrique Vieira Pereira, A-File No. 245-765-884, from respondents' custody under the same conditions he was subject to, if any, prior to his re-detention on or about August 20, 2025;

   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is either a danger or flight risk by clear and convincing evidence;

3. Respondents' motion to dismiss (Doc. No. 9) is DENIED as having been rendered moot by the filing of petitioner's previously operative first amended complaint;

4. The Clerk of Court is directed to serve the Mesa Verde Detention Facility with a copy of this order; and

/////

/////

/////

/////

2

5.   The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE